AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Anello Fence, LLC<br>*Plaintiff*<br>v.<br>VCA Sons, Inc., et al.,<br>*Defendant* | ) ) ) ) ) ) | Case No. 2:13-cv-03074-JMV-JBC |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anello Fence, LLC

Date:    04/11/2019

/Sergei Orel/
*Attorney's signature*

Sergei Orel, Esq.; Bar No.: 008862001
*Printed name and bar number*
2125 Center Avenue, Suite 616,
Fort Lee, New Jersey 07024

*Address*

sorel@sergei-orel.com
*E-mail address*

201-491-1464
*Telephone number*

201-604-6775
*FAX number*