**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

February 21, 2020

**<u>LETTER ORDER</u>**

Re:   **ANELLO FENCE, LLC v. VCA SONS, INC. et al**
      **Civil Action No. 13-3074 (CCC)**

Dear Counsel:

The Court is in receipt of a motion by Jay R. McDaniel, Esq. of Weiner Law Group LLP to withdraw as counsel for Defendant VCA Sons, Inc. in this matter [Dkt. No. 198]. On December 3, 2019, the Court entered an Order administratively terminating this matter. *See* Dkt. No. 196. The Court's December 3, 2019 Order stated in part that "absent receipt from the parties of dismissal papers or a request to reopen the action within [a] 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs." *Id.* There was no request by any party to reopen this matter or for an extension of the 60-day period. The present motion to withdraw was filed on February 18, 2020, which is outside of the February 2, 2020 expiration date of the 60-day period set forth by the Court. Accordingly, the motion to withdraw [Dkt. No. 198] is **TERMINATED**. If counsel for Defendant VCA Sons, Inc. believes that a motion to withdraw as counsel is necessary and appropriate despite the expiration of the 60-day period set forth in the Court's December 3, 2019 Order, counsel may file a renewed motion to withdraw which sets forth the basis for that belief.

   **IT IS SO ORDERED.**

   s/ James B. Clark, III   
**JAMES B. CLARK, III**
**United States Magistrate Judge**
